IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW WORLD SALES CORPORATION, ) | |
| ) | |
| ) | Civil Action No. 09-cv-04268 |
| Plaintiff, ) | |
| v. ) | Judge Harry D. Leinenweber |
| ) | |
| PINNACLE BRANDS, LLC f/k/a CHI-TOWN ) | Magistrate Judge Maria Valdez |
| LUBRICANTS, LLC; PRO FILLING, LLC; ) | |
| PETROLEUM PRODUCTS OIL CORP.; ) | |
| Randy Wegner; Carlos Silva; Mayra Silva; ) | |
| Norman S. Lynn; Yousuf Ali Khan; Best Value ) | |
| Wholesaler Grocers, Inc.; Best Value Distributors, ) | |
| Inc.; Firoz Vohra; Iqbal Vohra; Chicago City ) | |
| Distributors, Inc.; Aiyub S. Umar; Nizami ) | |
| Abdulwahid; T.G.S. National Wholesale, Inc.; TGS ) | |
| Epsilon, Inc.; Theodore Spyopoulos, ) | |
| Defendants. ) | |

### DEFENDANTS CHICAGO CITY DISTRIBUTORS, INC.'S, BEST VALUE DISTRIBUTORS INC.'S, BEST VALUE WHOLESALE GROCERS, INC.'S, AIYUB S. UMAR'S, NIZAMI ABDELWAHID'S, FIROZ VOHRA'S AND IQBAL VOHRA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants CHICAGO CITY DISTRIBUTORS, INC., BEST VALUE DISTRIBUTORS, INC., BEST VALUE WHOLESALE GROCERS, INC., AIYUB S. UMAR, NIZAMI ABDELWAHID, FIROZ VOHRA and IQBAL VOHRA hereby move this Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction over the subject matter.

In support of this motion, Defendants submit the accompanying Memorandum of Law.

Respectfully submitted,

CHICAGO CITY DISTRIBUTORS, INC., BEST
VALUE DISTRIBUTORS INC., BEST VALUE
GROCERS, INC., AIYUB S. UMAR, NIZAMI

                    ABDELWAHID, FIROZ VOHRA, and IQBAL VOHRA

                    By:       /s/M. Yaser Tabbara
                              One of Their Attorneys

M. Yaser Tabbara (6282251)
Zarzour Khalil & Tabbara, LLC
28 E. Jackson Blvd., Suite 1707
Chicago, Illinois  60604
(312) 356-3200
(312) 356-3222 fax
tabbara@zktlaw.com